*1009 512 U. S. 1284;
ante, p. 824;
ante, p. 918;
ante, p. 845;
ante, p. 846;
ante, p. 851;
*1010 No. 93-9523.
No. 93-9573.
No. 93-9581.
No. 93-9762.
No. 93-9764.
No. 93-9784.
No. 94-114.
No. 94-143.
No. 94-5143.
No. 94-5177.
No. 94-5242.
No. 94-5336.
No. 94-5491.
ante, p. 851;
ante, p. 854;
ante, p. 854;
ante, p. 864;
ante, p. 864;
ante, p. 806;
ante, p. 871;
ante, p. 872;
ante, p. 887;
ante, p. 889;
ante, p. 892;
ante, p. 805; and
ante, p. 903. Petitions for rehearing denied.